UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-62842-PAS

GARFIELD SPENCE,

    Plaintiff,

vs.

INVERRARY PROPERTY INVESTORS, LLC,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal without Prejudice as to Defendant INVERRARY PROPERTY INVESTORS, LLC [DE-13]. Upon review, it is

**ORDERED and ADJUDGED** as follows:

1. The Joint Stipulation of Dismissal without Prejudice as to Defendant INVERRARY PROPERTY INVESTORS, LLC [D.E. 22] be and the same is hereby approved, adopted and ratified by the Court;

2. Defendant, INVERRARY PROPERTY INVESTORS, LLC is hereby DISMISSED WITHOUT PREJUDICE.

**DONE AND SIGNED** in Miami, Florida this 24 day of February, 2015.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE